No. 108. MAGNOLIA BANK *v.* BOARD OF SUPERVISORS OF PIKE COUNTY, MISSISSIPPI. Error to the Supreme Court of the State of Mississippi. Submitted December 19, 1918. Decided January 7, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. Robert B. Mayes* for plaintiff in error. *Mr. R. H. Thompson* for defendant in error.

---

No. 109. ILLINOIS CENTRAL RAILROAD COMPANY ET AL. *v.* L. A. ANDERSON. Error to the Supreme Court of the State of Mississippi. Argued December 19, 1918. Decided January 7, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. Petition for writ of certiorari denied. *Mr. Robert V. Fletcher,* with whom *Mr. Robert B. Mayes* and *Mr. Blewett Lee* were on the brief, for plaintiffs in error. *Mr. Julian C. Wilson* and *Mr. Walter P. Armstrong,* for defendant in error, submitted.